# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 23-CR-185 |
| : | |
| v. : | |
| : | |
| RAYMUND JOSEPH CHOLOD : | |
| a/k/a "Raymond Cholod," : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO RESET CHANGE OF PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Raymund Cholod, by and through his attorney, Allen Orenberg, hereby jointly move to reset the change of plea hearing in this case pursuant to the Court's January 16, 2024 Notice of Hearing.

The parties have conferred and are available on the following dates and times:

- February 12, 2024, between 10:30 a.m. and 2:00 p.m.
- February 13, 2024, between 10:30 a.m. and 12:00 p.m.
- February 14, 2024, between 10:30 a.m. and 2:00 p.m.

The parties consent to the exclusion of time under the Speedy Trial Act between January 16, 2024 and the date of the reset change of plea hearing to serve the ends of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ Allen Orenberg                             By:    /s/ Kaitlin Klamann
Allen Orenberg                                        Kaitlin Klamann
Counsel for defendant Raymund Cholod                  Nathaniel Whitesel
The Orenberg Law Firm, P.C.                           Assistant United States Attorneys

12505 Park Potomac Avenue, 6th Floor  
Potomac, Maryland 20854  
Aorenberg@orenberglaw.com

601 D Street N.W.  
Washington, D.C. 20530  
Kaitlin.klamann@usdoj.gov  
Nathaniel.whitesel@usdoj.gov